COURT OF APPEALS OF VIRGINIA

Present:   Judges Annunziata, McClanahan and Senior Judge Coleman

JOSE L. LOPEZ

                                                    MEMORANDUM OPINION[*]
v.        Record No. 0483-04-4                              PER CURIAM
                                                         JUNE 22, 2004
JOSE LOPEZ AND
 TRAVELERS INSURANCE COMPANY

               FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

               (Andrew S. Kasmer; Chasen & Boscolo, P.C., on brief), for
               appellant.

               (Michael L. Zimmerman; Siciliano, Ellis, Dyer & Boccarosse, on
               brief), for appellees.


        Jose L. Lopez appeals a decision of the Workers' Compensation Commission denying his

claim for benefits and finding that he failed to prove he sustained an injury by accident arising

out of his employment on August 17, 2001.  We have reviewed the record and the commission's

opinion and find no reversible error.  Accordingly, we affirm for the reasons stated by the

commission in its final opinion.  See Lopez v. Lopez, VWC File No. 206-69-08 (Feb. 2, 2004).

We dispense with oral argument and summarily affirm because the facts and legal contentions

are adequately presented in the materials before the Court and argument would not aid the

decisional process.  See Code § 17.1-403; Rule 5A:27.

                                                                          Affirmed.

_____

        [*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.